**Order entered March 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00722-CR

**MELVIN BERNARD GOODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-70898-I**

## ORDER

Before the Court is appellant's March 21, 2019 motion to extend time to file appellant's amended brief. We **GRANT** the motion and **ORDER** appellant's amended brief filed by **April 5, 2019**.

/s/    CORY L. CARLYLE
        JUSTICE